## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | :      Criminal Action No. 23-CR-31-MN |
| DEVON REED aka SCRAP,<br>DAWANN REED aka DEETER,<br>GREGORY CARTER aka ROSS aka BOSS<br>aka BOSSMAN,<br>JAYWANN SAUNDERS,<br>QUINCY CLARK,<br>EDUARDO FELIX,<br>MONYAE FIELDS-BROWN,<br>ARTHUR DERAMUS,<br>JANET COOPER,<br>ALTURO SMITH,<br>AIRIAL BOYD,<br>AINGER GARDNER, | : |
| Defendants. | : |



REDACTED

FILED
MAY 0 2 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

### SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about October 2022, through on or about March 2023, in the

District of Delaware and elsewhere,

**DEVON REED aka SCRAP,**
**DAWANN REED aka DEETER,**
**GREGORY CARTER aka ROSS aka BOSS aka BOSSMAN,**
**JAYWANN SAUNDERS,**
**QUINCY CLARK,**
**EDUARDO FELIX,**
**MONYAE FIELDS-BROWN,**
**ARTHUR DERAMUS,**
**JANET COOPER,**
**ALTURO SMITH,**

1

**AIRIAL BOYD,**
**AINGER GARDNER,**

defendants herein, knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the grand jury to distribute, and to possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

OVERVIEW OF THE CONSPIRACY

1.     At all times relevant to the Superseding Indictment, the Rosegate Community was a residential neighborhood of 200 row-home style residences situated on four streets in a small geographic area in the County of New Castle, Delaware. The Rosegate Community is located along Route 9, or New Castle Avenue, north of I-295 and south of I-495.

2.     During the years 2022 and 2023, the Rosegate Drug Trafficking Organization ("DTO"), which includes **DEVON REED, DAWANN REED, GREGORY CARTER, JAYWANN SAUNDERS, QUINCY CLARK, EDUARDO FELIX, MONYAE FIELDS-BROWN, ARTHUR DERAMUS, JANET COOPER, ALTURO SMITH, AIRIAL BOYD, and AINGER GARDNER** (collectively, "the Defendants") manufactured, packaged, and distributed controlled substances, such as cocaine, fentanyl, methamphetamine, and marijuana, in the Rosegate Community

2

and the District of Delaware.

3.      To further their criminal conspiracy, the Defendants stored cocaine, fentanyl, methamphetamine, and marijuana in abandoned vehicles, secreted controlled substances in elderly Rosegate Community members' homes, and manufactured fentanyl pills in an abandoned day care center.

4.      To further their criminal conspiracy, the Defendants used multiple telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages. To reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device, the Defendants often used cellular telephones that had been obtained in the names of other persons or in fictitious names.

5.      To further their criminal conspiracy, the Defendants when using cellular telephones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances to obscure and disguise the true nature of their activities and the true meaning of their conversations.

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

6.      It was part of the conspiracy that:

a.      DEVON REED and DAWANN REED directed, orchestrated, and completed the sale of controlled substances, such as cocaine, fentanyl pills, methamphetamine, and marijuana, in and around the Rosegate Community.

b.      GREGORY CARTER obtained cocaine from unknown sources of

supply to distribute to DEVON REED in the District of Delaware.

        c.     GREGORY CARTER and ALTURO SMITH maintained and used a residence for the purposes of packaging and repressing cocaine to distribute in the District of Delaware.

        d.     DEVON REED acquired cocaine from GREGORY CARTER for distribution to sub-distributors in the District of Delaware and the Rosegate Community, such as QUINCY CLARK and MONYAE FIELDS-BROWN.

        e.     DEVON REED acquired marijuana from unknown sources of supply for distribution to sub-distributors in the District of Delaware and the Rosegate Community, such as QUINCY CLARK and MONYAE FIELDS-BROWN.

        f.     To avoid law enforcement detection, DEVON REED used couriers, such as MONYAE FIELDS-BROWN, AIRIAL BOYD, and AINGER GARDNER, to transport cocaine purchased from CARTER back to the Rosegate Community.

        g.     To avoid law enforcement detection, DEVON REED and DAWANN REED used elderly Rosegate Community residents, such as ARTHUR DERAMUS and JANET COOPER, of the Rosegate Community to store controlled substances, cutting agents, and drug paraphernalia in their homes.

        h.     DEVON REED maintained and used a premises for the purposes of distributing controlled substances in the District of Delaware.

        i.     On behalf of DEVON REED, ARTHUR DERAMUS stored controlled substances in an immobile vehicle to avoid law enforcement detection in

the District of Delaware.

      j.      On behalf of DEVON REED, ARTHUR DERAMUS delivered controlled substances to REED and others in the District of Delaware.

      k.      DAWANN REED and JAYWANN SAUNDERS maintained and used an out-of-commission day care for the purpose of mixing, prepping, and pressing fentanyl pills in the District of Delaware.

      l.      On behalf of DAWANN REED, JANET COOPER stored controlled substances and maintained and used a premises to distribute controlled substances in the District of Delaware.

      m.      EDUARDO FELIX travelled to the District of Delaware to deliver cocaine and collect drug proceeds from GREGORY CARTER and ALTURO SMITH.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

7.      In furtherance of the conspiracy, and to effect and conceal its existence, the Defendants and others performed acts in the District of Delaware and elsewhere, including but not limited to the following.

8.      On October 21, 2022, DEVON REED, ARTHUR DERAMUS, and MONYAE FIELDS-BROWN coordinated and sold approximately 56 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

9.      On November 9, 2022, DEVON REED and DERAMUS coordinated and sold approximately 56 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

10.     On November 30, 2022, DEVON REED and DERAMUS coordinated and sold approximately 42 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

11.     On December 15, 2022, DEVON REED and DERAMUS coordinated and sold approximately 84 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

12.     On January 5, 2023, DEVON REED and FIELDS-BROWN coordinated and sold approximately 112 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware. To arrange the sale, FIELD-BROWN travelled to 900 N. Madison Street, Wilmington, Delaware, a residence maintained and used by GREGORY CARTER, before returning to the Rosegate Community, New Castle, Delaware.

13.     On January 27, 2023, at approximately 2:58 p.m., DAWANN REED placed a telephone call to DEVON REED and asked him for cocaine. During the call, DAWANN REED stated, "Hello, yea my people want to come up there and grab that," referring to cocaine. DEVON REED responded, "Huh?" DAWANN REED then said, "Still got that [cocaine] for them for [Unintelligible]?" DEVON REED responded, "Yea." An unidentified woman in the background then said to DAWANN REED, "Tell him he know I'm busy. He know I'm busy." DAWANN REED responded to the unidentified woman, "But you got to go though, alright. All you got to do is go to the crib. You good. ... Alright, bro. Alright bro." DEVON REED asked, "So what, they going to do call?  Like, I'm stickin' and moving." An unidentified woman in the

background asked, "That's the nephew [referring to DEVON REED] right?" DAWANN REED responded to the woman, "Yeah, this my cousin." DEVON REED asked, "What they going to call or what cause I'm stickin' and movin' and I want to make sure I'm around." DAWANN REED stated, "Imma call you when I'm on my way."

14.    On January 27, 2023, at approximately 6:29 p.m., QUINCY CLARK placed a telephone call to DEVON REED and asked for cocaine and marijuana.  After calling and exchanging initial greetings, CLARK stated, "What's good with you my n****?" REED responded, "Yea, I'm down the way," referring to the Rosegate Community."  CLARK then said, "Alright, about to see you, one [ounce of cocaine] and one [ounce of marijuana]. REED responded, "Alright."

15.    Shortly thereafter, at approximately 6:45 p.m., CLARK arrived at 100 Rose Lane, New Castle, Delaware.  CLARK then placed a telephone call to DEVON REED and stated, "I am out front," after which CLARK exited his vehicle and entered 100 Rose Lane.  At approximately 6:47 p.m., DEVON REED placed a telephone call to DERAMUS.  DERAMUS answered, "Yeah, baby."  REED then stated, "Yeah, bring me that [one ounce of cocaine and one ounce of marijuana]."  DERAMUS replied, "Alright."  At approximately 6:50 p.m., DERAMUS exited 85 Rose Lane, walked to 100 Rose Lane, entered 100 Rose Lane, and then quickly departed and walked back to 85 Rose Lane.  At approximately 7:22 p.m., CLARK departed 100 Rose Lane.

16.    On January 28, 2023, at approximately 9:28 p.m., CLARK placed a telephone call to DEVON REED and asked for cocaine.  During the call, CLARK

asked, "Yo do me a favor throw 14 of that other thing [cocaine] in there, too." DEVON REED responded, "I ain't even got none." The next day, on January 29, 2023, at approximately 9:42 a.m., CLARK placed another telephone call to DEVON REED. During the call, CLARK asked, "You said you gonna be good for the fourteen today? It might be lower by the time you know you get your s*** together, but at least, yeah." REED responded, "Alright."

17. Shortly thereafter, DEVON REED took action to obtain cocaine for CLARK. On January 29, 2023, at approximately 10:35 a.m., DEVON REED placed a telephone call to Person-1. During the call, DEVON REED stated, "N****, I need you." Person-1 responded, "When?" REED answered, "As soon as possible Ninth and Madison, I can meet you over there." At approximately 11:00 a.m., DEVON REED placed another call to Person-1. During the call, Person-1 stated that their location was "8th and Tatnall" and they were in a "black truck." Approximately two minutes later, DEVON REED placed an encrypted FaceTime call to GREGORY CARTER. Electronic surveillance placed REED in and around the area of West 8th Street and North Tatnall Street, Wilmington, Delaware. At approximately 11:20 a.m., REED drove to 100 Rose Lane and, about five minutes later, placed a telephone call to QUINCY CLARK and stated, "everything's a go."

18. On January 31, 2023, DEVON REED sold approximately 56 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

19. On February 2, 2023, at approximately 1:00 p.m., DEVON REED

received a telephone call from Person-2, who asked DEVON REED if he had "any leftovers [drugs] left to make dinner tonight?"

20.     On February 3, 2023, DEVON REED sold approximately 56 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

21.     On February 3, 2023, at approximately 5:43 p.m., QUINCY CLARK called DEVON REED on the telephone and ordered cocaine.  After initial greetings, CLARK stated, "On my way to Middletown to grab this paper [referring to money] and then I am straight to you."  REED responded, "What you tryin' to get?"  CLARK stated, "I told you."  REED then inquired, "The dotter [four ounces of cocaine]?"  CLARK responded, "The dotter [four ounces of cocaine] and a QP [quarter pound of marijuana]."  REED responded, "Yeah. Alright so so you sure you 100% sure you want the dotter?"  CLARK retorted, "Damn right I'm sure. This n**** sitting at mother f***in' Wal-Mart waiting on me. I'm going to get this bread [money] right now as we speak. Nah, I would even play with you like that."  REED responded, "I'm about to go make it happen then."

22.     On February 3, 2023, at approximately 6:28 p.m., DEVON REED called QUINCY CLARK on the telephone.  After initial greetings, REED stated, "My people, my people said he got that s*** [the cocaine]."  CLARK responded, "Alright, so want me come straight to you?"  REED stated, "Yea, he said he about to do [unintelligible] but he said it likely like an hour."  CLARK responded, "He said it might be an hour?"  REED stated, "Yea cause it's 6:27 now and he was like, yo do you think can give me

maybe 7:30 or something, I was like yeah." CLARK responded, "Guarantee?" REED answered, "Yea, it's guaranteed. "CLARK responded, "Alright, say less." REED then said, "I went in there to get it because I might buy it [the cocaine] with my money and then do the thing with you, cash out on myself." CLARK responded, "Yea, however you want to do it. I'm coming, I got the money. Like, I ain't you know." REED then replied, "Yea, that's why I know it's [the cocaine] a guaranteed to sell." CLARK answered, "Yea, yea. I got you."

23.    On February 3, 2023, at approximately 6:48 p.m., CLARK called DEVON REED on the telephone. After initial greetings, CLARK asked, "Yo, I got a question for you. Does your homey's s*** [cocaine] be on your level [referring to quality]?" REED responded, "Yea, it's same [quality] like that." CLARK then said, "Ok. Ok. N**** you already set a standard [of high quality] though, that's why I'm asking before they be like 'Yo'. Alright, say less. [Crosstalk]. Alright, look, I'm just making sure, n****. I told you, you a standard already, n****. Want you know what I mean." REED responded, "Nah, I think that was both of them. They got the same number [price]. They got the same people [same source of supply] to be honest. Like, same people, just different motherf***ers, the same. I got you. I got you."

24.    On February 10, 2023, at approximately 10:58 p.m., DEVON REED called DAWANN REED on the telephone. After initial greetings, DAWANN REED stated, "Oh man I need some of that motherf***in [drugs], you know what I mean." DEVON REED responded, "Oh yeah hey man I ain't out there right now [the Rosegate Community]. We out here by this bar. We sitting in the parking lot real quick."

DAWANN REED then said, "You got some [drugs] with you?" DEVON REED responded, "Yeah." DAWANN REED then said, "Ah, s***. I'll come out there."

25.   On February 14, 2023, at approximately 6:26 p.m., DAWANN REED placed a telephone call to DEVON REED.  During the call, DEVON REED stated, "What? You trying to get some smoke [marijuana]?" DAWANN REED replied, "Yes, sir, I need you to the [unintelligible], bro." DEVON REED stated, "Alright hold on I'm about to make Skeem give some to you." DAWANN REED replied, "Oh alright." DEVON REED stated, "Alright, hold on." DAWANN REED replied, "I need a little half P [half pound of marijuana]." DEVON REED then stated, "Alright I got you I'm about to come swing on you." DAWANN REED replied, "My baby! I love you boy! Ayo yo." DEVON REED stated, "Yo." DAWANN REED replied, "Look I've been putting that jawn out there so a couple of my people are going to hit back, they going to have the bread [money]. So, I just told them a quarter [quarter kilogram of cocaine].  You want it? A dub for the girl [cocaine] right?" DEVON REED stated, "Yeah." DAWANN REED replied, "Alright s***, I'm going to put my little 5 cent [$5,000] on it." DEVON REED stated, "Hey man, do what you do n****." DAWANN REED replied, "I can even whip bam bam [cutting agent] in it if you need me to, n****. Give you more, but we get an extra 5 or 10 [5 or 10 ounces of cocaine]." DEVON REED stated, "Hey s*** hey that's cool too. I'm with that too n****." DAWANN REED replied, "Let me know bro. I got you." DEVON REED stated, "Alright cool."

26.   On February 17, 2023, at approximately 9:55 a.m., MONYAE FIELDS-BROWN called DEVON REED.  During the call, REED stated, "I'm about to put some

clothes [money] on and put my little deposit down with Boss Man [GREGORY CARTER]." At approximately 10:50 a.m., REED exited 100 Rose Lane, drove out of the Rosegate Community to 900 N. Madison Street, Wilmington, Delaware, and then entered on arrival. At approximately 11:50 hours, ALTURO SMITH exited 900 N. Madison Street and walked to 212 West 9th Avenue, Wilmington, Delaware, CARTER's apartment. At approximately 1:28 p.m., CARTER departed 212 West 9th Avenue and drove to New York, New York. At approximately 7:20 p.m., CARTER returned to Wilmington, Delaware.

27.     On February 23, 2023, at approximately 10:33 a.m., DEVON REED placed an encrypted FaceTime call to GREGORY CARTER. At approximately 11:27 a.m., REED then placed a telephone call to MONYAE FIELDS-BROWN. During that call, REED stated, "Um, I got to go meet Boss Man [CARTER] so that's what I'm doing now." FIELDS-BROWN responded, "Oh you must ain't need me." REED then said, "I did need you. You was getting your tires down and he [CARTER] had to go now or he [CARTER] was leaving. So it wasn't no reason to tell you. Nothing you can do."

28.     On February 23, 2023, DEVON REED obtained cocaine from GREGORY CARTER, and used AIRIAL BOYD to transport the drugs to the Rosegate Community. At approximately 11:28 a.m., REED called BOYD and asked her, "Do you think you [unintelligible] if not I need you to come cause I won't talk to you no more if you let this one down. I ain't going to lie to you." BOYD responded, "I am in the, I am driving there right now." REED then complained, "I understand you're in

the car. You're driving there but you have a thing with time. Where if I sit with drugs I would get a life sentence. If you don't think you can be in time I can call somebody else." BOYD then said, "I am. I am. I'm coming there right now." At approximately 11:34 a.m., DEVON REED arrived and parked his Chevrolet Impala outside of 900 N. Madison Street. Simultaneously, CARTER arrived and parked his Tesla Model S. REED and CARTER exited their vehicles and briefly spoke. Then, CARTER moved his Tesla, removed a large shopping bag from the Tesla, met with REED, and together they entered 212 West 9th Avenue. At approximately 11:39 a.m., AIRIAL BOYD placed a telephone call to DEVON REED. During the call, BOYD stated, "I'm at the light, pulling up. I'm at the light." REED responded, "You not. I don't know what type of time you on." BOYD then said, "I am." REED responded, "It's alright. I'll call someone else." BOYD then answered, "I'm on 8th and Washington. I'm right here. I am at the light." Thereafter, BOYD parked her white Mazda behind REED's Chevrolet Impala near 900 N. Madison Street and got in the front passenger's seat of REED's Impala. At approximately 11:45 a.m., REED exited 212 West 9th Avenue with his hands in his jacket pocket and then entered the driver's side door of the Impala. At approximately 11:47 a.m., BOYD exited the Impala, reentered her Mazda, and then drove in tandem with REED back to the Rosegate Community. At approximately 11:54 a.m., REED then texted Person-2, "It's in [the cocaine]. I'm a need some of the cash up front though."

29.     On February 23, 2023, at approximately 12:53 p.m., QUINCY CLARK called DEVON REED. During the call, CLARK asked, "What's up, my n****? You

13

around?" REED replied, "Yeah, I'm out the way [the Rosegate Community]." CLARK then said, "I'm ready to come out there." REED replied, "Keep it moving I said. Aight. Come on." At approximately 1:09 p.m., CLARK arrived at 100 Rose Lane in a black Lexus, exited, and entered 100 Rose Lane. At approximately 1:21 p.m., CLARK exited 100 Rose Lane, reentered the black Lexus, and drove out of the Rosegate Community. Minutes later, at approximately 1:33 p.m., law enforcement performed a vehicle stop of QUINCY CLARK in his black Lexus. CLARK was found to be in possession of 14 grams of cocaine.

30.    On February 24, 2023, DEVON REED and DERAMUS coordinated and sold approximately 59 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

31.    On February 25, 2023, at approximately 11:31 a.m., DAWANN REED called Person-3. Towards the end of the call, DAWANN REED said, "Listen, you know if anybody wants some E [ecstasy pills], I got them on deck." Person-3 responded, "Man, I'm trying to hear none of that s***, dawg. You ain't going to run me my motherf***ing money, dawg." REED retorted, "Listen if you want some mother***ing payment this is how we can get this f***ing money."

32.    On February 26, 2023, beginning at 12:04 p.m., DEVON REED and QUINCY CLARK engaged in a series of text messages, as follows:

| Time (EST) | Sender | Message |
|---|---|---|
| 12:04 p.m. | CLARK | "I'm down Maryland in the county I'm omw [on my way] to holla at you" |
| 12:04 p.m. | REED | "OK" |
| 12:12 p.m. | REED | "want [emoji for smoke]" |
| 12:23 p.m. | REED | "?" |

| 12:24 p.m. | CLARK | *"nah* [Christmas tree emoji]*"* |
| 12:25 p.m. | REED | *"ok"* |

33.     On February 26, 2023, at approximately 12:25 p.m., DEVON REED called DERAMUS on the telephone.  During the call, DERAMUS answered, "Yo." DEVON REED responded but was unintelligible.  DERAMUS responded, "Alright. I'm on my way." At approximately 12:29 p.m., DERAMUS exited 85 Rose Lane, New Castle, Delaware with a bulge in his sweatshirt, walked to 100 Rose Lane, and entered.  At approximately 12:30 p.m., DERAMUS exited 100 Rose Lane, walked to 85 Rose Lane, and entered.

34.     On February 26, 2023, at approximately 1:35 p.m., CLARK texted DEVON REED, "I'm here."  At approximately 1:37 p.m., CLARK exited his vehicle, walked to 100 Rose Lane, and entered.  At approximately 2:04 p.m., CLARK exited 100 Rose Lane, reentered his vehicle, and departed the Rosegate Community.

35.     On February 27, 2023, at approximately 11:17 a.m., DAWANN REED placed a telephone call to Person-4.  After initial greetings, Person-4 said, "What's up Cuz?" REED replied, "I need a load [of pills] baby."  Person-4 said, "Who?"  REED replied, "I need another load [of pills]."  Person-4 said, "Another load [of pills]?"  REED replied, "Yeah man they ran [sold] through that s*** [pills]."  Later in the call, Person-4 said, "Alright you probably got to give me till like Tuesday."  REED replied, "Alright cool."  Person-4 said, "Cause we ain't cooking nothing [not pressing pills] at all today." REED replied, "Alright."  Person-4 said, "But I only got one bag [of pills] and its only like probably like 5 bags [of pills] in there so I'm trying to get you some more [pills]

because I always get your 10 [bags of pills] out the way when I come to you." REED replied, "Alright."

36.     On March 4, 2023, at approximately 10:00 a.m., DEVON REED placed an encrypted FaceTime call to AINGER GARDNER. At approximately 10:06 a.m., REED called FIELDS-BROWN on the telephone. During the call, FIELDS-BROWN asked, "So, what do you want me to do, D?" REED replied, "Nah, just wait because I gotta deal with Boss [CARTER] and s*** and get this s*** out the way, then you can come to me. I'm in the midst tryna get this Boss [CARTER] s*** situated. I gotta put some clothes [money] on for that." FIELDS-BROWN replied, "Ok, let me know."

37.     On March 4, 2023, at approximately 10:30 a.m., GREGORY CARTER drove his Tesla to 900 N. Madison Street, parked, removed a satchel from the Tesla, and then entered 900 N. Madison Street. At approximately 10:47 a.m., DEVON REED exited 100 Rose Lane, entered his Impala, and departed the Rosegate Community. At approximately 10:53 a.m., AINGER GARDNER, while driving a Nissan Murano, arrived, and parked outside of 900 N. Madison Street. At approximately 10:56 a.m., REED, while driving his Impala, arrived at 900 N. Madison Street, and parked behind GARDNER. REED then exited his Impala, walked past GARDNER, and entered 900 N. Madison Street. At approximately 11:11 a.m., REED exited 900 N. Madison Street with a large bulge in his left jacket pocket. REED then approached GARDNER and the Nissan Murano. GARDNER lifted her purse to the window and REED then placed a large white softball sized item into GARDNER's open purse. GARDNER then followed REED, in their respective

vehicles, back to 100 Rose Lane where they arrived at 11:27 a.m.  On arrival, REED exited his Impala, walked to the driver's side door of the Murano, retrieved the large white softball-sized item, placed it in his jacket pocket, entered 100 Rose Lane briefly, and then walked to 85 Rose Lane.

38.    On March 5, 2023, at approximately 2:02 p.m., EDUARDO FELIX arrived at 900 N. Madison Street in a Honda Civic, parked, and then entered 900 N. Madison Street.  At approximately 12:25 p.m., CARTER exited 212 West 9th Avenue, Wilmington, Delaware, entered his Tesla, and drove to 900 N. Madison Avenue.  After exiting, CARTER removed a large black shopping bag from the trunk of the Tesla then entered 900 N. Madison Avenue.  At approximately 2:30 p.m., FELIX exited 900 N. Madison Avenue, walked to his Honda Civic, removed a large black backpack, and reentered 900 N. Madison Avenue.  At approximately 3:37 p.m., CARTER and FELIX exited 900 N. Madison Avenue together, entered their respective vehicles, and departed the area.

39.    On March 5, 2023, at approximately 3:40 p.m., during a traffic stop, FELIX possessed $59,460.00 in United States currency.

40.    On March 6, 2023, in Wilmington, Delaware, CARTER possessed: a SCCY CPX-1 9-millimeter pistol with five (5) rounds in the magazine and one in the chamber; one (1) round of ammunition bearing the markings .300 AAC BLK S&B; an Aero Precision X15 rifle .300 caliber serial number X484100 with a loaded magazine; a RG40 .38 caliber revolver serial number R148257 with four .38 caliber rounds; a

Mossberg .22 caliber rifle serial number EUF4484168 with a loaded magazine; marijuana; THC gummies; and $9,377.00.

41.     On March 6, 2023, in Wilmington, Delaware, ALTURO SMITH possessed: a Taurus Arms G3C, 9-millimeter pistol bearing serial number ACE934473 with nine (9) rounds in the magazine and one in the chamber; approximately 25 grams of cocaine base; a kilogram press; digital scales; and packaging material.

42.     On March 7, 2023, maintenance workers at 212 West 9th Avenue, Apartment 313, Wilmington, Delaware alerted the FBI to the presence of approximately one kilogram of cocaine, which was secreted in a kitchen island cabinet.

43.     On March 8, 2023, at approximately 2:43 p.m., GREGORY CARTER placed a telephone call to Person-5.  During the call, CARTER stated, "Like, they [the FBI] left her [the cocaine] there [at 212 West 9th Avenue], you see what I'm sayin, I need that s*** cleaned out, I need you to go under the, um, I need you to go under the, um, sink, you know what I'm sayin and just look for all my, I, I, I don't know if my wallet, I think might be under the, um, over there in one of them cabinets and s***, look through them cabinets and you know what I'm sayin…"

44.     On March 10, 2023, DEVON REED sold approximately 56 grams of cocaine to a confidential human source in and around the Rosegate Community, New Castle, Delaware.

45.     On March 11, 2023, at approximately 4:02 p.m., DEVON REED called

Person-6.  During the call, REED-1 said, "Yeah, I kept hitting my peoples phone [GREGORY CARTER and ALTURO SMITH] and then someone was telling me like reach out to one of my cousin's and s***, from Boston, and s*** because that's where my dad family from.  My peoples is down here man, f***ing FBI grabbed them motherf***ers [CARTER and SMITH]." Person-6 responded, "Mhmm." REED then said, "You talking about motherf***er sick.  Mhmm. That's why I yesterday, I was kind of off.  My head is f***ed up like it still, is like this is my cousin.  He one of the closest people, I'm closest to in the streets right now. [Unintelligible] I'm like damn." Person-6 responded, "How you feeling today?" REED asked, "Huh?" Person-6 asked again, "How you feeling today?" REED then said, "I mean, I, uhmm, I had a couple sit downs this morning with some different people, but that like that like put a big difference in my f***ing life.  That's why I had to get some s*** right. I ain't get that right that will transform a n**** life.  I'll be regular.  I'll be like one of them white people.  I'd get a gun and put it to my head. I can't be running." Person-6 responded, "Shut up." REED then explained, "Nah I but still owe that n***** [CARTER] like 25 bands [$25,000 in drug proceeds]. That's what I'm saying. I got his money [CARTER] and everything right now, I don't know what to do right now."

46.  On March 14, 2023, at approximately 10:49 a.m., Person-7 called DAWANN REED on the telephone. During the call, REED said, "What's the charge up [what kind of drugs do you want]?"  Person-7 responded, "Um, not the green [marijuana], the other [methamphetamine]."  REED then said, "Uh huh. I only got it [methamphetamine] in the weight [large amounts]. I don't got no gas [marijuana]."

Person-7 replied, "That's great that's fine. That's fine. I mean you know like what I used to. I'd rather have the other [methamphetamine pills] you know. Like, um, he was mixing, playing with." REED then said, "Uh huh." Person-7 replied, "You know what I mean right?" REED then said, "Uh huh." Person-7 replied, "I'm right here around the house today. I gotta go to Camden for about, um, probably an hour at the most. And I can be right here. Actually, I don't gotta go there at a specific time. I just gotta go there. So, I mean if you want to stop by or if you want me to meet you. Whatever you want. You tell me man." REED then asked, "What you trying to do?" Person-7 replied, "I don't know. A quarter [quarter pound of methamphetamine]." REED then asked, "Huh." Person-7 replied, "A quarter [quarter pound of methamphetamine]." REED then said, "Imma need the paper [the payment] up front."

47.     On March 14, 2023, at approximately 11:54 a.m., DAWANN REED exited 253 Preston Lane, Clayton, Delaware and drove to 100 Rose Lane, New Castle, Delaware. While enroute, at approximately 12:36 p.m., REED placed a call to JANET COOPER, which was not answered. After arriving at 100 Rose Lane, REED placed another unanswered call to COOPER at approximately 12:41 p.m. At approximately 12:50 p.m., REED knocked on the window of 63 Rose Lane, New Castle, Delaware with a stick. After receiving no response, REED returned to 100 Rose Lane at approximately 1:06 p.m. At approximately 1:30 p.m., COOPER exited 63 Rose Lane with a grocery bag, walked to 100 Rose Lane, and entered. At 1:36 p.m., COOPER exited 100 Rose Lane, placed an item into REED's vehicle, and then returned to 63

Rose Lane.

48.     On March 14, 2023, at approximately 2:45 p.m., DAWANN REED called Person-7 on the telephone.  During the call, REED said, "I'm just letting you know I'm on my way. I'll be there in about 45 minutes."  Person-7 replied, "Okay yea that's cool. Alright that's great."

49.     On March 16, 2023, at approximately 6:14 p.m., DAWANN REED called JAYWANN SAUNDERS.   During the call, SAUNDERS said, "Yo, man."   REED responded, "Cuz' [cousin] how much I owe you?"  SAUNDERS answered, "They gonna turn my s*** off."  REED then asked again, "How much I owe you?"  SAUNDERS replied, "Two grand [$2,000.00]."  REED responded, "Alright, fam."  SAUNDERS then said, "Nah, give yo boy like 350, 250 [$350.00, $250.00]."   REED replied, "Alright."  SAUNDERS then asked, "When Imma see you?"  REED replied, "I'll be up that way in 'bout uh 'bout an hour."  SAUNDERS then said, "Yo, you know you gotta move that s*** [pills presses and blenders] bro. It's time. I gotta get that s*** [3101 New Castle Avenue, New Castle, Delaware] gutted out."  REED sighed, "Alright, alright, alright [unintelligible]."  SAUNDERS then said, "Alright hit me up."

50.     On March 16, 2023, at approximately 6:18 p.m., DAWANN REED exited his residence at 253 Preston Lane, Clayton, Delaware, entered his vehicle, and drove to 100 Rose Lane.  At approximately 8:14 p.m., REED then walked to 3101 New Castle Avenue, New Castle, Delaware and entered by using a key.  At approximately 10:32 p.m., DAWANN REED called JAYWANN SAUNDERS. During the call, REED asked, "Aye, Cuz [cousin], you ever seen some blenders in here?"  SAUNDERS

responded, "[Unintelligible] I put them [the blenders] under the, um, the, the island." REED acknowledged, "Ok. Ok. Ok." SAUNDERS then said, "Yea, n***** cause I be bringin' motherf***as in here [3101 New Castle Avenue]. [Unintelligible] They can't, they can't see that s*** [pill presses and blenders]." REED then laughed. SAUNDERS responded, "[Unintelligible] You gonna give me a motherf***ing charge." REED then laughed. SAUNDERS laughed and said, "I told you, I told you the, uh, like under the island, if the, uh, it's uh the little silver pans, the blender, all that s*** under the jawn." REED responded, "Yea, I got 'em [them]." SAUNDERS then explained, "And you know you can go in the house if you need more electric or whatever." REED responded, "Nah, I'm good."

51.    On March 29, 2023, DEVON REED, at 100 Rose Lane, New Castle, Delaware, possessed with the intent to distribute approximately 938 grams of marijuana. REED also possessed $2,614.00 in United States currency.

52.    On March 29, 2023, DEVON REED and ARTHUR DERAMUS, possessed with the intent to distribute approximately 114 gross grams of fentanyl pills and approximately 2,097 grams of marijuana, which were secreted in the trunk of a dark blue Toyota four door sedan parked outside of 85 Rose Lane, New Castle, Delaware.

53.    On March 29, 2023, DAWANN REED and JAYWANN SAUNDERS, at 3101 New Castle Avenue, New Castle, Delaware, possessed with the intent to distribute approximately 65 grams of fentanyl pills.  REED and SAUNDERS also possessed two (2) large pill presses, three (3) blenders with residue, cutting agents,

binding material, and drug packaging.

54.     On March 29, 2023, DAWANN REED and JANET COOPER, at 63 Rose Lane, New Castle, Delaware, possessed with the intent to distribute approximately 675 grams of fentanyl pills, approximately 151 grams of methamphetamine, and approximately 11 grams of loose fentanyl.   REED and COOPER also possessed cutting agents.

55.     On March 29, 2023, DAWANN REED, at 253 Preston Lane, Clayton, Delaware, possessed with the intent to distribute approximately 99 grams of fentanyl pills.  REED also possessed $2,580.00 in United States currency.

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about March 6, 2023, in the District of Delaware, defendant **GREGORY CARTER**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce firearms and ammunition, to wit:

a.     A SCCY CPX-1 9-millimeter pistol with five (5) rounds in the magazine and one in the chamber;

b.     One round of ammunition bearing the markings .300 AAC BLK S&B;

c.     An Aero Precision X15 rifle .300 caliber serial number X484100 with a loaded magazine;

d.     A RG40 .38 caliber revolver serial number R148257 with four .38 caliber rounds;

e.     A Mossberg .22 caliber rifle serial number EUF4484168 with a loaded magazine.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(8).

## COUNT THREE

On or about March 6, 2023, in the District of Delaware, defendant **ALTURO**

**SMITH**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit, a Taurus Arms G3C, 9-millimeter pistol bearing serial number ACE934473 with nine (9) rounds in the magazine and one in the chamber.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(8).

**COUNT FOUR**

On or about March 6, 2023, through March 8, 2023, in the District of Delaware, GREGORY CARTER, defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

**COUNT FIVE**

On or about March 29, 2023, in the District of Delaware, DEVON REED and ARTHUR DERAMUS, defendants herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

**COUNT SIX**

On or about March 29, 2023, in the District of Delaware, DAWANN REED and JANET COOPER, defendants herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in

violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT SEVEN

On or about March 29, 2023, in the District of Delaware, DAWANN REED and JAYWANN SAUNDERS, defendants herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT EIGHT

On or about March 29, 2023, in the District of Delaware, DAWANN REED and JAYWANN SAUNDERS, defendants herein, did unlawfully and knowingly use and maintain a place located at 3101 New Castle Avenue, New Castle, Delaware, an out of service day-care, for the purpose of manufacturing and distributing fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 856(a)(1).

## NOTICE OF FORFEITURE - COUNT ONE

Upon conviction of the offenses in violation of 21 U.S.C. §§ 841 and 846 set forth in Count One of this Indictment, the defendants **DEVON REED, DAWANN REED, GREGORY CARTER, JAYWANN SAUNDERS, QUINCY CLARK, EDUARDO FELIX, MONYAE FIELDS-BROWN, ARTHUR DERAMUS, JANET COOPER, ALTURO SMITH, AIRIAL BOYD, and AINGER GARDNER** shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit or to

facilitate the commission of, the offenses.  The property to be forfeited includes, but is not limited to, the following:

a. $59,460.00 in United States Currency seized on March 5, 2023;
b. $9,377.00 in United State Currency seized on March 6, 2023;
c. $2,614.00 in United State currency seized on March 29, 2023;
d. $2,580.00 in United States currency seized on March 29, 2023;
e. A SCCY CPX-1 9-millimeter pistol with five (5) rounds in the magazine and one in the chamber;
f. A Taurus Arms G3C, 9-millimeter pistol bearing serial number ACE934473 with nine (9) rounds in the magazine and one in the chamber;
g. One round of ammunition bearing the markings .300 AAC BLK S&B;
h. An Aero Precision X15 rifle .300 caliber serial number X484100 with a loaded magazine;
i. A RG40 .38 caliber revolver serial number R148257 with four .38 caliber rounds;
j. A Mossberg .22 caliber rifle serial number EUF4484168 with a loaded magazine;
k. The property located at 3101 New Castle Avenue, New Castle, Delaware.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

## NOTICE OF FORFEITURE – COUNT TWO

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) set forth in Count Two of this Indictment, the defendant, **GREGORY**

**CARTER**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

  a. A SCCY CPX-1 9-millimeter pistol with five (5) rounds in the magazine and one in the chamber;
  b. One round of ammunition bearing the markings .300 AAC BLK S&B;
  c. An Aero Precision X15 rifle .300 caliber serial number X484100 with a loaded magazine;
  d. A RG40 .38 caliber revolver serial number R148257 with four .38 caliber rounds;
  e. A Mossberg .22 caliber rifle serial number EUF4484168 with a loaded magazine.

## NOTICE OF FORFEITURE – COUNT THREE

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) set forth in Count Three of this Indictment, the defendant, **ALTURO SMITH**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

  a. A Taurus Arms G3C, 9-millimeter pistol bearing serial number ACE934473 with nine (9) rounds in the magazine and one in the chamber.

## NOTICE OF FORFEITURE - COUNT EIGHT

Upon conviction of the offense in violation of 21 U.S.C. § 856(a)(1) set forth in Count Eight of this Indictment, defendant JAYWANN SAUNDERS, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting,

or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offense.  The property to be forfeited includes, but is not limited to, the following:

    a.  The property located at 3101 New Castle Avenue, New Castle, Delaware.

    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By:
Kevin P. Pierce
Eli H. Klein
Assistant United States Attorneys

Dated:    5/2/23

No. 23 CR 31 MN

# UNITED   STATES   DISTRICT   COURT

District of Delaware

## THE UNITED STATES OF AMERICA

vs.

**DEVON REED aka SCRAP, DAWANN REED aka DEETER, GREGORY CARTER aka ROSS aka BOSS aka BOSSMAN, JAYWANN SAUNDERS, QUINCY CLARK, EDUARDO FELIX, MONYAE FIELDS-BROWN, ARTHUR DERAMUS, JANET COOPER, ALTURO SMITH, AIRIAL BOYD, AINGER GARDNER,**

## INDICTMENT

**A true bill.**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Foreperson**

Filed in open court this _ _ _ 2nd _ _ _ day,

of _ May _ _ _ _ 2023

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Clerk**

I, DEVON REED____ having been presented with a copy of the *Superseding* Indictment, upon arraignment, I do hereby enter a plea of _Not_ guilty to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

I, GREGORY CARTER____ having been presented with a copy of the *Superseding* Indictment, upon arraignment, I do hereby enter a plea of _Not_ guilty to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

I, DAWANN REED___ having been presented with a copy of the *Superseding* Indictment, upon arraignment, I do hereby enter a plea of _Not_ guilty to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

I, ARTURO SMITH____ having been presented with a copy of the *Superseding* Indictment, upon arraignment, I do hereby enter a plea of _Not_ guilty to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

I, JAYWANN SAUNDERS having
been presented with a copy of the *superseding*
Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, ARTHUR DERAMUS having
been presented with a copy of the
*superseding* Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, QUINCY CLARK having
been presented with a copy of the *superseding*
Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, JANET COOPER having
been presented with a copy of the
*superseding* Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, EDUARDO FELIX having
been presented with a copy of the *superseding*
Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, AIRIAL BOYD having
been presented with a copy of the
*superseding* Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, MONYAE FIELDS-BROWN having
been presented with a copy of the *superseding*
Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.

---

I, AINGER GARDNER having
been presented with a copy of the
*superseding* Indictment, upon arraignment, I do
hereby enter a plea of NOT guilty
to the Indictment filed in this case.

Dated this ___ day of _____, 20 23

_____
DEFT.
_____
CNSL.